RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7 / 6 / 05
6 P

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 05-60026-01 |
| VS. | JUDGE: HAIK |
| EUSTRIJIO CRUZ-RODRIGUEZ | MAGISTRATE JUDGE: HILL |

### ORDER APPOINTING INTERPRETER

The Court, having been satisfied that the following individual has the qualifications necessary to serve as an interpreter in this matter, it is hereby ORDERED that:

NAME:   BLANCA E. MEJIA

be appointed as interpreter to assist in the trial and all other ancillary proceedings to be held in this matter. Compensation for these services shall be paid by the Government.

This appointment is made pursuant to Rule 28 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.
THUS DONE AND SIGNED at Lafayette, Louisiana, this 5 day of July, 2005.

Richard T. Haik
United States District Judge
800 Lafayette Street, Suite 2100
Lafayette, LA 70501
Telephone(337)593-5000
FAX(337)593-5027